

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| FAUSTINO CEDENO-PEREZ | * | CIVIL ACTION NO. 05-1646 |
| VERSUS | * | JUDGE JAMES |
| ALBERTO GONZALEZ, ET AL. | * | MAGISTRATE JUDGE HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 (Doc. #1) is hereby **DISMISSED without prejudice.**

THUS DONE AND SIGNED this 5 day of May, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION